# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE DEL TORO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01952-WHO<br><br>Honorable William H. Orrick III<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed:　August 18, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 22, 2017

HONORABLE WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800